Robyn L. Aversa, Esq. (Bar ID# 039631988)
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DANIEL A. NAULT, | : | |
| | : | Civil Action No. |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IMPERIAL DADE, | : | |
| | : | **NOTICE OF COMPLIANCE WITH** |
| Defendant. | : | **28 U.S.C. § 1446(d)** |
| | : | |
| | : | |

To: William T. Walsh, Clerk of Court
United States District Court for the District of New Jersey
M.L. King, Jr., Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Daniel A. Nault
181 S. Moetz Drive
Milltown, New Jersey 08850

Pursuant to the requirements of 28 U.S.C. § 1446(d), on July 20, 2020, a notice of filing of petition for removal, a true copy of which is attached hereto as Exhibit 1, will be forwarded to the Clerk of the Superior Court of the State of New Jersey for the County of Hudson.

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922

(908) 795-5200

By: /s/ Robyn L. Aversa
   Robyn L. Aversa

ATTORNEYS FOR DEFENDANT

Dated: July 20, 2020

# EXHIBIT A

Robyn L. Aversa, Esq. (Bar ID# 039631988)
JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ
(908) 795-5213
ATTORNEYS FOR DEFENDANT

| | |
|---|---|
| DANIEL A. NAULT,<br><br>            Plaintiff,<br><br>v.<br><br>IMPERIAL DADE,<br><br>            Defendants. | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: SPECIAL CIVIL PART – HUDSON COUNTY<br><br>Docket No. HUD-DC-006022-20<br><br>**NOTICE OF FILING OF NOTICE FOR REMOVAL** |

TO:   Clerk of the Court
       Hudson County Superior Court of New Jersey
       Hudson Vicinage – Special Civil Division
       583 Newark Avenue
       Jersey City, New Jersey 07306

       Daniel A. Nault
       181 S. Moetz Drive
       Milltown, New Jersey 08850

**PLEASE TAKE NOTICE** that on July 20, 2020, Defendant Imperial Bag & Paper Co, LLC d/b/a Imperial Dade ("Defendant" or the "Imperial"), electronically filed a Notice for Removal of this action to the United States District Court for the District of New Jersey with that court.

**PLEASE TAKE FURTHER NOTICE** that in accordance with 28 U.S.C. § 1446, Defendant is submitting a true and correct copy of that Notice for Removal, which is attached hereto as Exhibit A, for filing with the Superior Court of New Jersey, Hudson County.

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive, Suite 2000
Berkeley Heights, NJ 07922
(908) 795-5200

By: /s/ Robyn L. Aversa
　　Robyn L. Aversa

ATTORNEYS FOR DEFENDANT

Dated: July 20, 2020

# EXHIBIT 1

Robyn L. Aversa, Esq. (Bar ID# 039631988)
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL A. NAULT, | Civil Action No. |
| Plaintiff, | |
| v. | |
| IMPERIAL DADE, | **NOTICE AND PETITION OF REMOVAL OF CASE FROM THE SUPERIOR COURT OF NEW JERSEY, SPECIAL CIVIL PART, HUDSON COUNTY** |
| Defendant. | |

To:  William T. Walsh, Clerk of Court
United States District Court for the District of New Jersey
M.L. King, Jr., Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Daniel A. Nault
181 S. Moetz Drive
Milltown, New Jersey 08850

Defendant Imperial Bag & Paper Co, LLC d/b/a Imperial Dade ("Defendant" or "Imperial"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, respectfully submits this Notice and Petition for Removal of a Case from the Superior Court of New Jersey, Special Civil Part, Hudson County, bearing Docket No. HUD-DC-006022-20, and as grounds for removal allege as follows:

1. On June 24, 2020, Plaintiff Daniel A. Nault ("Plaintiff") filed a civil action captioned Daniel A. Nault v. Imperial Dade, Docket No. HUD-DC-006022-20, in the Superior Court of New Jersey, Special Civil Part, Hudson County. A true and correct copy of the summons and complaint are annexed hereto as Exhibit A.

2. Imperial received a copy of the summons and complaint on July 9, 2020, within thirty (30) days of the filing of the notice and petition for removal.

3. This notice and petition is timely filed within the provisions of 28 U.S.C. § 1446. Imperial has effected removal within thirty (30) days of receipt of a paper from which it could first be ascertained that this action is removable. See 28 U.S.C. § 1446.

4. Imperial has not filed an answer or other pleading in the Superior Court of New Jersey.

5. Removal is proper under 28 U.S.C. § 1441(a) because this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331 as this action involves claims that relate to the laws of the United States – specifically, the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq.

6. A defendant has an absolute right to remove any action filed in state court over which the federal courts have original jurisdiction. 28 U.S.C. § 1441(a). This includes civil actions arising under the Constitution, laws, or treaties of the United States. 28 U.S.C. § 1331.

7. Ordinarily, determining whether a particular case arises under federal law turns on the "well-pleaded complaint rule." Franchise Tax Bd. Of Cal. v. Construction Laborers Vacation Trust for Southern Cal., 463 U.S. 1 (1983). The Supreme Court has explained that "whether a case is one arising under the Constitution or a law or treaty of the United States, in the sense of the jurisdictional statues [,] ... must be determined from what necessarily appears in the

plaintiff's statement of his own claim in the bill or declaration, unaided by anything alleged in anticipation of avoidance of defenses which it is thought the defendant may interpose." Taylor v. Anderson, 234 U.S. 74, 75-76 (1914).

8. There is an exception, however, to the well-pleaded complaint rule. "[W]hen a federal statute wholly displaces the state-law cause of action through complete pre-emption," the state claim can be removed. Beneficial Nat. Bank v. Anderson, 539 U.S. 1, 8 (2003). This is so because "[w]hen the federal statute completely pre-empts the state-law cause of action, a claim which comes within the scope of that cause of action, even if pleaded in terms of state law, is in reality based on federal law." Id.

9. It is well-established that ERISA is one of the statutes to which the complete preemption doctrine applies as an exception to the well-pleaded complaint rule. See Aetna Health Inc. v. Davila, 542 U.S. 200 (2004).

10. Here, notwithstanding Plaintiff's characterization of his claim as a tort claim, Plaintiff's claim arises under ERISA. In his Complaint, Plaintiff alleges that he is entitled to a 401K match of $3,529.00 from Defendant. (See Exhibit A). As such, because ERISA completely preempts Plaintiff's state law claim, it is necessarily federal in character such that removal based on federal question jurisdiction is appropriate.

11. In sum, this Court has original jurisdiction over Plaintiff's claims by virtue of the fact that they relate to an employee benefit plan covered by ERISA. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

12. To the extent that any of Plaintiffs' claims do not relate to an employee benefit plan covered by ERISA, this Court has supplemental jurisdiction pursuant to 28 U.S.C. §§ 1367 and 1441(c).

13. Imperial submits this Notice without waiving any defenses to the claims asserted by Plaintiff, including improper service of process or Plaintiff's failure to state any claims upon which relief may be granted.

14. Venue is proper in this Court.

15. Pursuant to 28 U.S.C. § 1446(d), Imperial has given written notice of the removal of this action to all adverse parties, and has filed a copy of this notice with the Clerk of the Superior Court of New Jersey, Special Civil Part, Hudson County.

WHEREFORE, Imperial respectfully requests that the within action, now pending in the Superior Court of New Jersey, Special Civil Part, Hudson County, be removed to the United States District Court for the District of New Jersey.

Respectfully submitted,

JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200

By: /s/ Robyn L. Aversa
    Robyn L. Aversa

ATTORNEYS FOR DEFENDANT

Dated: July 20, 2020

# EXHIBIT A

|  Court's Address and Phone Number:<br>HUDSON Special Civil Part<br>595 NEWARK AVENUE, ROOM 104<br>JERSEY CITY, NJ 07306-0000<br><br>201-748-4400 ext.66680 | **Superior Court of New Jersey**<br>**Law Division, Special Civil Part**<br>**HUDSON** County<br>Docket No: **HUD-DC-006022-20**<br>**Civil Action**<br>**TORT-OTHER** |
|---|---|

## YOU ARE BEING SUED!

| **Person or Business Suing You (*Plaintiff*)**<br>Daniel A Nault<br><br>**Plaintiff's Attorney Information** | **Person or Business Being Sued (*Defendant*)**<br>Imperial Dade AK Robert Tillis<br><br>**The Person or Business Suing You Claims You Owe the Following:** |
|---|---|

|  |  |
|---|---|
| Demand Amount | $3529.00 |
| Filing Fee | $75.00 |
| Service Fee | $7.00 |
| Attorney's Fees | $0.00 |
| **TOTAL** | **$3611.00** |

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 08/10/2020, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov under the section for Forms. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey*. Include **HUD-DC-006022-20** (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before **08/10/2020**.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the **SIGNED** agreement to the court's address listed above on or before **08/10/2020**.

Please Note - **You may wish to get an attorney to represent you.** If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at 201-792-6363. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at 201-798-2727. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Michelle M. Smith

Clerk of the Superior Court



## Form A

Plaintiff's Name (first, middle, last): DANIEL A. Nault
Street Address: 181 S. Moertz Drive
City, State, Zip: Milltown NJ 08850
Telephone Number: 609-286-3974

Defendant's Name (first, middle, last): Imperial Dade (Robert Tillis/CEO)
Street Address: 255 Route 1 & 9
City, State, Zip: Jersey City, NJ 07306
Telephone Number: (201) 437-7440

Superior Court of New Jersey
Law Division, Special Civil Part
Middlesex County Hudson
Docket Number: _____ (to be provided by the Court)

RECEIVED #10
JUN 24 2020
SUPERIOR COURT OF N.J
FEE OFFICE
COUNTY OF HUDSON

**Civil Action**
**Complaint**

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): (See instruction B) Attach additional sheets if necessary.

401k march, $3,529.00 (not matched)
Layoff / Fired 2 days short of vested / Fired before becoming vested

The amount you, the Plaintiff(s) are demanding from the Defendant(s) $ 3,529.00

At the trial Plaintiff will need:
An interpreter ☐ Yes ☒ No  Indicate language: _____
An accommodation for disability ☐ Yes ☒ No  Indicate accommodation _____

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Date: June 18th 2020
Your Signature: [signature]
Name Typed, Stamped or Printed: Daniel A. Nault

RECEIVED #15
SPECIAL CIVIL PART
JUN 24 2020
SUPERIOR COURT OF NEW JERSEY
COUNTY OF HUDSON



595 Newark ave # 711
Jersey City NJ 07306

**Court's Address and Phone Number:** (732) 795-1 / 6727

0 ~~Middlesex~~ Special Civil Part
56 Paterson St.
New Brunswick NJ
08903

Telephone No. (732) 645-4300

**Superior Court of New Jersey**
**Law Division, Special Civil Part** Hudson
0 ~~Middlesex~~ County

Docket No: DC _____

**Civil Action**
**SUMMONS**

Check one  ☐ Contract  ☒ Tort

## YOU ARE BEING SUED!

**Person or Business Suing You (Plaintiff)**

Daniel Nault

**Person or Business Being Sued (Defendant)**

Imperial Dade (Robert Tillis)
CFO
Jersey City, NJ

(See the following page(s) for additional plaintiffs)   (See the following page(s) for additional defendants)

**Plaintiff's Attorney Information**

BATCH # 784
RECEIVED DATE 6/24/2020
CA /(CK)/ MO / CG
CK/CG ACCT # 536
AMOUNT $82.—
PAYOR Guillermina Nault

RECEIVED
JUN 24 2020
SUPERIOR COURT OF NJ
FEE OFFICE
COUNTY OF HUDSON

**The Person or Business Suing You Claims You Owe the Following:**

| | |
|---|---|
| Demand Amount | $ 3,529.00 |
| Filing Fee | $ 75.00 |
| Service Fee | $ 5.00 |
| Attorney's Fees | $ — |
| **TOTAL** | $ 3,449 0.00 |

**FOR JUDICIARY USE ONLY**

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE _____, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:**

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey.* Include DC _____ (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before _____.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the SIGNED agreement to the court's address listed above on or before _____.

Please Note - You may wish to get an attorney to represent you. If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at _____. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at _____. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Name _____
Clerk of the Superior Court


Revised 06/26/2017, CN 10541                                                                         page 10 of 12
Revised effective 9/1/2018 by 9/14/2018 Notice to the Bar, CN 11808, DC Summons - Appendix XI-A(1)
avisado con vigor a partir del 1 de septiembre, 2018, mediante un Aviso al Colegio de Abogados del 14 de septiembre de 2018
N 11808, DC Summons - Apéndice XI-A(1)