Robyn L. Aversa, Esq. (Bar ID# 039631988)
JACKSON LEWIS P.C.
200 Connell Drive
Suite 2000
Berkeley Heights, New Jersey 07922
(908) 795-5200
ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANIEL A. NAULT, | : |
| | : Civil Action No. 2:20-CV-9149 |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| IMPERIAL DADE, | : |
| | : **ANSWER AND DEFENSES** |
| Defendant. | : |

Defendant Imperial Bag & Paper Co, LLC d/b/a Imperial Dade ("Defendant" or "Imperial"), by and through its attorneys, Jackson Lewis P.C., for its Answer to Plaintiff Daniel A. Nault's ("Plaintiff") Complaint, states as follows:

1. Defendant denies the allegation in paragraph 1 of the complaint that "401k match, $3,529.00 (not matched)."

2. Defendant denies the allegation in paragraph 2 of the complaint that "2 Days short of vested."

3. Defendant denies the allegation in paragraph 3 of the complaint that "Layoff/fired before becoming vested" except admits that Plaintiff was laid off.

Defendant denies that Plaintiff is entitled to any damages or relief in connection with the allegations set forth in his Complaint.

## DEFENSES

### AS AND FOR A FIRST DEFENSE

Plaintiff's Complaint fails to state a cause of action upon which relief can be granted as a matter of fact and/or law.

### AS AND FOR A SECOND DEFENSE

Defendant acted reasonably and in good faith at all times.

### AS AND FOR A THIRD DEFENSE

Plaintiff's claims are barred because granting the relief sought in the Complaint would unjustly enrich Plaintiff.

### AS AND FOR A FOURTH DEFENSE

Plaintiff may have failed to mitigate its purported damages, if any.

### AS AND FOR A FIFTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrine(s) of laches, accord and satisfaction, and waiver and/or estoppel.

### AS AND FOR A SIXTH DEFENSE

Plaintiff's claims are barred as Defendant complied with its duties under ERISA and under the terms of the Plan.

### AS AND FOR A SEVENTH DEFENSE

Plaintiff's claims are barred by the express terms of the applicable plan.

### AS AND FOR AN EIGHTH DEFENSE

Defendant did not make any promises or guarantees of payment to Plaintiff.

### AS AND FOR A NINTH DEFENSE

Defendant did not breach any duty owed to Plaintiff.

### AS AND FOR A TENTH DEFENSE

Defendant did not breach any duty owed to Plaintiff.

### AS AND FOR AN ELEVENTH DEFENSE

The Complaint is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.* and Plaintiff is limited to the remedies thereunder as against Defendant.

### AS AND FOR A TWELFTH DEFENSE

Plaintiff's state law claims are preempted by ERISA.

### AS AND FOR A THIRTEENTH DEFENSE

Plaintiff did not suffer any damages attributable to any actions of Defendant.

### AS AND FOR A FOURTEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to exhaust administrative remedies.

### AS AND FOR A FIFTHEENTH DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### AS AND FOR A SIXTEENTH DEFENSE

Defendant reserves the right to amend its answer, to add additional or other defenses, to delete or withdraw defenses, and to add other claims as they may become necessary after a reasonable opportunity for appropriate discovery.

**WHEREFORE**, Defendant respectfully requests that this Court:

a. Dismiss the Complaint in its entirety;

b. Deny each and every demand, claim and prayer for relief contained in the Complaint;

c. Award to Defendant reimbursement for reasonable attorneys' fees and costs incurred in defending this meritless and vexatious action; and

d. Grant such other and further relief as the Court may deem just and proper.

    Respectfully submitted,

    JACKSON LEWIS P.C.
    200 Connell Drive, Suite 2000
    Berkeley Heights, New Jersey 07922
    (908) 795-5200

By:    s/ Robyn L. Aversa
        Robyn L. Aversa

Dated: August 12, 2020

## L. CIV. R. 11.2 CERTIFICATION

      Pursuant to L. Civ. R. 11.2, I hereby certify that upon information and belief, this matter is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding. I know of no other parties who should be joined in this action at this juncture.

                                    Robyn L. Aversa, Esq.
                                    JACKSON LEWIS P.C.
                                    200 Connell Drive
                                    Suite 2000
                                    Berkeley Heights, NJ  07922

                    By:   s/ Robyn L. Aversa
                                    Robyn L. Aversa

Dated: August 12, 2020